

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00078-CV

_____

SCOTT WILLIAM BRUMWELL, Appellant

V.

MICHELLE TANAY BRUMWELL, Appellee

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-717719-22

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: March 27, 2025